IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:10-cr-0032 TLN |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| FRANCISCO RAMIREZ-GONZALEZ, | ) | |
| Defendant. | ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  8 USC § 1326 – Deported Alien Found in the U.S.

Panel attorney, Clemente Jimenez, is hereby appointed effective November 1, 2013.

Dated:  November 1, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
10cr0032.Ramirez-Gonzalez.order.appt.counsel

ORDER APPOINTING COUNSEL       1